**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MAGISTRATE JUDGE: **WILLIAM E. FITZPATRICK**
DEPUTY CLERK: **TINA FITZGERALD**

| | |
|---|---|
| UNITED STATES OF AMERICA | HEARING: R5/R40    CASE #: 1:24-MJ-181 |
| -VS- | DATE: 5/8/24    TIME: 2:00 p.m. |
| Aisha Khan | RECORDER: FTR SYSTEM    REMOTE HEARING ( ) |

COUNSEL FOR THE UNITED STATES: Antara Joardar

COUNSEL FOR THE DEFENDANT:

INTERPRETER:                LANGUAGE:

( x ) DEFT APPEARED    (   ) W/COUNSEL    ( x ) DUTY FPD PRESENT: Cadence Mertz

( x ) DEFT INFORMED OF RIGHTS, CHARGES, PENALTIES and/or violations

(   ) DUE PROCESS ACT-ORDER SIGNED BY JUDGE

(   ) COURT TO APPOINT COUNSEL    (   ) FPD   (   ) CJA   (   ) DEFT WILL RETAIN COUNSEL

(   ) GVT. CALL WITNESS & ADDUCES EVIDENCE    (   ) AFFIDAVIT

(   ) EXHIBIT #_____ ADMITTED

(   ) PROBABLE CAUSE:    FOUND (   )    NOT FOUND (   )

(   ) PRELIMINARY HEARING WAIVED    (   ) FILED    (   ) ORALLY

(   ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(   ) DEFT. ADMITS VIOLATION (   ) DFT. DENIES VIOLATION   (   ) COURT FINDS DFT. IN VIOLATION

**MINUTES:** Deft has retained counsel in Western District of North Carolina. FPD appointed for purposes here in the EDVA only. Deft waives Identity and requests to have detention hearing charging district; USA seeks detention-Granted.

**( x ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS to be transported to WDNC.**
**(   ) DEFENDANT CONTINUED ON CONDITIONS OF    (   ) BOND   (   ) PROBATION    (   ) RELEASE**

**NEXT COURT APPEARANCE:** _____ at _____ Before _____
(   ) DH  (   ) PH  (   ) STATUS  (   ) TRIAL  (   ) JURY  (   ) PLEA  ( x ) SENT  (   ) PBV  (   ) SRV  (   ) R40  (   ) PTV